**Lynda J. DELELLIS, Plaintiff-Appellant,**

v.

**Maude RUMPLE; Robert B. Tucker, Defendants-Appellees.**

**No. 17-1084**

United States Court of Appeals, Fourth Circuit.

Submitted: May 23, 2017

Decided: May 25, 2017

Lynda J. DeLellis, Appellant Pro Se. Kirby Todd Phillips, HARTSELL & WILLIAMS, P.A., Concord, North Carolina, for Appellees.

Before KING, AGEE, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lynda J. DeLellis appeals the district court's order dismissing her complaint for lack of jurisdiction pursuant to the *Rooker-Feldman* [*] doctrine, *see* 28 U.S.C. § 1915(e)(2)(B) (2012), and denying her Fed. R. Civ. P. 59(e) motion. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because DeLellis' informal brief does not challenge the basis for the district court's disposition of her complaint and motion, DeLellis has forfeited appellate review of the court's orders. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

Nathaniel M. Costley, Sr., appeals the district court's orders denying relief on his complaint in which he asserted claims pursuant to 42 U.S.C. § 1983 (2012) and state law. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Costley v. Steiner*, No. 1:16-cv-01447-GLR (D. Md. Jan. 4, 2017 & Jan. 26, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

[*] *D.C. Court of Appeals v. Feldman*, 460 U.S. 462, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983); *Rooker v. Fid. Tr. Co.*, 263 U.S. 413, 44 S.Ct. 149, 68 L.Ed. 362 (1923).